797 A.2d 232

**Paul BRANDON, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation Parole, Appellee.**

.No. 134 MAP 2001.

Supreme Court of Pennsylvania.

Nov. 16, 2001.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of November, 2001, probable jurisdiction is noted and the order appealed is affirmed.